NOVEMBER 20, 1972

No. 72–334. ROSE v. BONDURANT, CHAIRMAN, BOARD OF BAR EXAMINERS OF NEW MEXICO, ET AL. Affirmed on appeal from D. C. N. M. MR. JUSTICE STEWART would vacate judgment and remand case to determine whether case has become moot. 

No. 72–413. SIMON v. SARGENT, GOVERNOR OF MASSACHUSETTS, ET AL. Affirmed on appeal from D. C. Mass.

No. 72–432. MORITT v. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. Motion to dispense with printing jurisdictional statement granted. Judgment affirmed. MR. JUSTICE DOUGLAS would postpone question of jurisdiction to a hearing of case on the merits. 

No. 71–1478. FALKNER ET UX. v. PASTRANO ET UX. Appeal from Sup. Ct. Fla. Motion to dispense with printing jurisdictional statement and motion to dismiss granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 72–412. MARTINEZ v. TEXAS STATE BOARD OF MEDICAL EXAMINERS. Appeal from Ct. Civ. App. Tex., 4th Sup. Jud. Dist., dismissed for want of substantial federal question. 

No. 72–415. CONN-WOOD INVESTMENT CORP. ET AL. v. WORKMEN'S COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.